**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., Plaintiffs | ) | No. 92-675 L |
| and | ) | Judge Emily C. Hewitt |
| MELINDA GOPHER and MARY GOPHER Proposed Intervenors | ) | |
| v. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT MOTION BY PLAINTIFFS AND DEFENDANT FOR FIRST ENLARGEMENT OF TIME TO RESPOND TO MOTION TO INTERVENE FILED BY PROPOSED INTERVENORS MELINDA AND MARY GOPHER**

Pursuant to Court of Federal Claims Rules 6.1 and 7(b), Plaintiffs and Defendant jointly move the Court for an Order: 1) enlarging the time for responding to the Motion to Intervene filed by Proposed Intervenors Melinda and Mary Gopher, currently due on August 22, 2008, by 37 days to and including September 30, 2008; and 2) enlarging the time for Proposed Intervenors' Reply to Plaintiffs' and Defendants' Response, currently due on August 29, 2008, to and including October 30, 2008. In support of their Motion, Plaintiffs and Defendant state the following:

I. **Background**

1. On April 24, 2008, Proposed Intervenors Mary and Melinda Gopher filed a Motion to Intervene in *Chippewa Cree Tribe of the Rocky Boy's Reservation v. United States*, No. 92-675, filed September 30, 1992.

2. On April 29, 2008, the Court created a subdocket case, *Chippewa Cree Tribe of the*

*Rocky Boy's Reservation v. United States*, No. 92-6751, based on the Motion to Intervene.

3. In a Scheduling Order dated June 6, 2008, the Court directed Proposed Intervenors to file a pleading on or before June 27, 2008. (SubDkt No. 4)

4. On July 3, 2008, Proposed Intervenors filed a"Complaint and Memorandum in Support of Complaint." (SubDkt No. 6)

5. On July 15, 2008, Proposed Intervenors filed a Motion for Leave to Proceed in Forma Pauperis, which the Court granted in an Order dated August 7, 2008. (SubDkt No. 9)

6. In a Scheduling Order dated August 7, 2008, the Court established an August 22, 2008 deadline for Plaintiffs and Defendant to respond to the Motion to Intervene and an August 29, 2008 deadline for Proposed Intervenors to reply. (SubDkt. No. 11).

## II. Motion for Enlargement of Time

7. Plaintiffs and Defendants seek to enlarge their response time by 37 days to and including September 30, 2008, based on personal and professional commitments during August and September, 2008 that will not allow them to devote sufficient time to analyze and fully respond to the multi-faceted claims asserted in the Motion to Intervene.

8. Counsel for Plaintiffs and Defendant have significant professional commitments in this case in the on-going Alternative Dispute Resolution (ADR) proceedings before Judge Bruggink in the upcoming weeks. The parties are scheduled to meet with Judge Bruggink in a day-long session on August 21, 2008 in Washington, D.C. *See* ADR Scheduling Order of July 29, 2008.

9. Counsel for Plaintiffs and Defendant are also presently drafting detailed position statements on key investment and damages issues that they anticipate submitting for Judge

Bruggink's consideration on September 8 (Opening Statement) and September 18 (Reply Statement). Counsel have also agreed to make themselves available to meet with Judge Bruggink in Alabama during the weeks of September 15 and 22, 2008 subject to Judge Bruggink's preferences and availability. Counsel for both parties also continue to work with their respective consultants on ADR issues.

10. Counsel for both Plaintiffs and Defendant have been out of the office on personal travel over the past two weeks. Defendant's counsel was out of the office on personal travel from August 1 through August 11, 2008. Plaintiffs' counsel is out of the country on personal travel from August 11 through August 15, 2008.

11. Counsel for both Plaintiffs and Defendant therefore seek an enlargement so that they can give due consideration to the multiple issues and complex claims dating back to 1917 that Proposed Intervenors raise in their Motion to Intervene, Complaint and Supporting Memorandum.

12. There have been no previous enlargements of time for responding to the Motion to Intervene.

13. Granting the requested enlargement will not impede the progress of this case, filed in 1992, and will serve the interests of justice by allowing the current parties to fully and fairly consider claims put forth by Proposed Intervenors who have come forward late in the litigation.

14. Undersigned counsel was not successful in attempting to contact Proposed Intervenors regarding the filing of this Motion pursuant to R.C.F.C. 6.1. An attempt to contact Proposed Intervenors at the number listed on the Motion to Intervene (406-549-8892) led to a recording stating that the number had been temporarily disconnected.

Wherefore, Plaintiffs and Defendant respectfully request that the Court allow the current parties to respond to Proposed Intervenors' Motion to Intervene on or before September 30, 2008 and allow Proposed Intervenors to submit a reply on or before October 30, 2008.

DATED: August 15, 2008

Respectfully submitted,

*/s/ Melody L. McCoy, by*
*/s/ Carol L. Draper pursuant to*
*verbal authorization on August 14, 2008*
MELODY L. MC COY
Attorney of Record for Plaintiffs
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
(303) 447-8760
Fax (303) 443-7776

*/s/ Carol L. Draper*
CAROL L. DRAPER
Attorney of Record for Defendant
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0465
Fax: (202) 305-2021

Of Counsel:
Elisabeth C. Brandon
Joshua A. Edelstein
Department of the Interior
Office of the Solicitor

Thomas Kearns
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20217

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2008, a copy of the foregoing JOINT MOTION BY PLAINTIFFS AND DEFENDANT FOR FIRST ENLARGEMENT OF TIME TO RESPOND TO MOTION TO INTERVENE FILED BY PROPOSED INTERVENORS MELINDA AND MARY GOPHER, was served on Proposed Intervenors Melinda and Mary Gopher via United States first-class mail at the following address:

Melinda and Mary Gopher
P.O. Box 361
Missoula, MT 59806-0361

Plaintiffs' counsel, Melody McCoy, was served via electronic filing.

*/s/ Carol L. Draper*
Carol L. Draper